

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## EASTERN DIVISION

GREGORY SCRUGGS and
VASTASIA JONES                                                          **PLAINTIFFS**

VS.                                         CIVIL ACTION NO. 2:23-cv-8-KS-MTP

MORTELL FLOWERS, JR.;
TRANSTEWART TRUCKING, INC.
and JOHN DOES 1-3                                                       **DEFENDANTS**

### FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the joint motion *ore tenus* of Plaintiffs Gregory Scruggs and Vastasia Jones and Defendants, Mortell Flowers, Jr. and Transtewart Trucking, Inc., to dismiss, with prejudice, the Complaint and any and all claims and causes of action that the Plaintiffs have or may have against the Defendants, and the parties having announced that all claims and causes of action against the Defendants have been fully compromised and settled, and that there remain no issues to be litigated by or between the parties not adjudicated and determined by the Court, and the parties having consented to the entry of this Judgment and agreeing that this cause should be dismissed with prejudice with each party to bear their own costs, and the Court being further advised in the premises finds that the motion is well taken and should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED that Plaintiffs' Complaint, and any and all claims and causes of action against Defendants be, and the same hereby are, dismissed with prejudice with each party to bear its own costs and final judgment is entered herein.

SO ORDERED AND ADJUDGED this the 11th day of March, 2024.

_____
UNITED STATES DISTRICT COURT JUDGE

1

Agreed and Approved:

_____
John S.H. Miner (MSB #104962)
Brian Traywick (AL #6896022L)
*Attorney for Plaintiffs Gregory Scruggs
and Vastasia Jones*

_____
David C. Dunbar (MSB #6227)
Kim D. McCormack (MSB #100029)
*Attorneys for Defendants Mortell Flowers, Jr.
and Transtewart Trucking, Inc.*

2